# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 288TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on January 7, 2015, the cause upon appeal to revise or reverse your judgment between

Jay Marc Harris, Appellant

V.

Fiesta Texas, Inc., d/b/a Six Flags-Fiesta Texas, and Six Flags Corporation, Appellee

No. 04-14-00304-CV and Tr. Ct. No. 2011-CI-08096

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Fiesta Texas, Inc. d/b/a Six Flags-Fiesta Texas, and Six Flags Corporation, recover their costs of this appeal from appellant, Jay Marc Harris.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 30, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00304-CV

**Jay Marc Harris**

**v.**

**Fiesta Texas, Inc., d/b/a Six Flags-Fiesta Texas, and Six Flags Corporation**

(NO. 2011-CI-08096 IN 288TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | N/A |
| MOTION FEE | $10.00 | E-PAID | VAUGHAN WATERS |
| MOTION FEE | $10.00 | E-PAID | VAUGHAN WATERS |
| MOTION FEE | $10.00 | E-PAID | GREGORY CANFIELD |
| CLERK'S RECORD | $911.00 | PAID | |
| MOTION FEE | $15.00 | E-PAID | GREGORY CANFIELD |
| FILING | $100.00 | PAID | GREGORY W. CANFIELD |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | GREGORY W. CANFIELD |
| STATEWIDE EFILING FEE | $20.00 | PAID | GREGORY W. CANFIELD |
| INDIGENT | $25.00 | PAID | GREGORY W. CANFIELD |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 30, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853